#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO.,<br><br>   Petitioner,<br><br>   v.<br><br>PWNHEALTH, LLC d/b/a EVERLY HEALTH SOLUTIONS,<br><br>   Respondent. | Case No.: 1:24-cv-00356-RGA |
| PWNHEALTH, LLC d/b/a EVERLY HEALTH SOLUTIONS,<br><br>   Petitioner,<br><br>   v.<br><br>WALGREEN CO.,<br><br>   Respondent. | Case No. 1:24-cv-00357-RGA |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE, CONSOLIDATING RELATED ACTIONS, AND GOVERNING BRIEFING**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), Petitioner Walgreen Co. ("Walgreens"), and Respondent PWNHealth, LLC d/b/a Everly Health Solutions ("PWN" and together with Walgreens, the "Parties") jointly submit this stipulation to consolidate the above captioned actions and govern briefing in the actions (the "Stipulation") and in support thereof state as follows:

WHEREAS, on March 19, 2024, the Parties received a final arbitral award (the "Final Award") issued by the Arbitrator in the arbitration proceeding styled *PWNHealth, LLC d/b/a Everly Health Solutions v. Walgreen Co.*, Case No. 01-22-0002-4919 (the "Arbitration");

WHEREAS, on March 19, 2024, Walgreens filed a Petition to Vacate or Modify Arbitral

Award (the "Petition to Vacate") and a Motion to Vacate or Modify Arbitral Award (the "Motion to Vacate"), pursuant to Sections 10 and 11 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 10, 11, in this Court (the "*Walgreens* Action");

WHEREAS, on March 19, 2024, PWN filed a Petition to Confirm Arbitral Award (the "Petition to Confirm" and together with the Petition to Vacate, the "Petitions") and a Motion to Confirm Arbitral Award (the "Motion to Confirm"), in this Court (the "*PWN* Action" and together with the *Walgreens* Action, the "Actions");

WHEREAS, the Actions seek to have this Court Vacate, Modify, or Confirm the Final Award pursuant to the FAA and involve substantially the same questions of law and fact, and are based on the same factual allegations and underlying Arbitration;

WHEREAS, the Parties agree that the Actions should be consolidated for all purposes into a single consolidated action (hereinafter referred to as the "Consolidated Action"), in order to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto, through their undersigned counsel, as follows:

1. The Parties hereby accept service of the complaints filed in the Actions to the extent that such service has not already been effectuated.

2. The Actions are hereby consolidated for all purposes, into the Consolidated Action.

3. Every pleading filed in the Consolidated Action, or in any separate action later consolidated with this action, shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re PWN/Walgreen Litigation | ) <br> ) Lead Case No. 1:24-cv-00356-RGA <br> ) <br> ) |
| This Document Relates To: | ) (Consolidated with Case No. 1:24-cv-00357-RGA) <br> ) |
| ALL ACTIONS. | ) <br> ) <br> ) |

4. The files of the Consolidated Action shall be maintained in one file under Master File No. 1:24-cv-00356-RGA. All documents previously filed and/or served in the Actions shall be deemed a part of the record in the Consolidated Action.

5. Subject to the approval of the Court, the Parties agree to the following deadlines governing the Consolidated Action:

| Event | Deadline |
|---|---|
| The Parties shall file their Answers to the Petitions | May 1, 2024 |
| PWN shall file its Answering Brief in Opposition to the Motion to Vacate and Walgreens shall file its Answering Brief in Opposition to the Motion to Confirm | May 1, 2024 |
| Walgreens shall file its Reply Brief in Further Support of the Motion to Vacate and PWN shall file its Reply Brief in Further Support of the Motion to Confirm | May 20, 2024 |

-4-

OF COUNSEL:

Reed Brodsky
Gabriel Herrmann
Anne Champion
Rahim Moloo
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166
Telephone: (212) 351-4000

Howard Hogan
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500

Shawn Rabin, *pro hac vice forthcoming*
Stephanie Spies, *pro hac vice forthcoming*
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
srabin@susmangodfrey.com
sspies@susmangodfrey.com
Telephone: (213) 336-8330

Krysta Pachman, *pro hac vice forthcoming*
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
kpachman@susmangodfrey.com
Telephone: (310) 789-3100

Katherine Peaslee, *pro hac vice forthcoming*
SUSMAN GODFREY L.L.P
401 Union Steet, Suite 3000
Seattle, WA 98101
kpeaslee@susmangodfrey.com
Telephone: (206) 516-3880

Dated: April 1, 2024

POTTER ANDERSON & CORROON LLP

By: */s/ Callan R. Jackson*
    Kevin R. Shannon (#3137)
    David E. Moore (#3983)
    Callan R. Jackson (#6292)
    Tyler E. Cragg (#6398)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    kshannon@potteranderson.com
    dmoore@potteranderson.com
    cjackson@potteranderson.com
    tcragg@potteranderson.com

*Attorneys for Petitioner Walgreen Co.*


MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Kevin M. Coen*
William M. Lafferty (#2755)
Kevin M. Coen (#4775)
Courtney Kurz (#6841)
1201 North Market Street
Wilmington, DE 19801
wlafferty@morrisnichols.com
kcoen@morrisnichols.com
ckurz@morrisnichols.com
Telephone: (302) 658-9200

*Attorneys for Respondent PWNHealth, LLC d/b/a Everly Health Solutions*

-5-

\*         \*         \*         \*

SO ORDERED this __2nd__ day of __April__, 2024.

/s/ Richard G. Andrews
United States District Court Judge